## UNITED STATES v. J. C. CHAMBERS

**No. 6288.**—Invoice dated Monterrey, Mexico, April 12, 1945.
Certified April 12, 1945.
Entered at Laredo, Tex., April 23, 1945.
Entry No. 5414.

(Decided June 27, 1946)

*Paul P. Rao*, Assistant Attorney General (*Joseph E. Weil*, special attorney), for the plaintiff.
Defendant not represented by counsel.

CLINE, Judge:   This is a collector's appeal for reappraisement of certain brooms imported from Mexico on April 21, 1945.   The merchandise was invoiced as follows:

Brooms, Type No. 701, 5 threads, painted handle__ 27 pesos per dozen
Brooms, Type No. 850, 6 threads, painted handle__ 33 pesos per dozen
Brooms, Type No. 200, 2 threads, painted handle__ 10 pesos per dozen
Brooms, Type No. 100, 2 threads, painted handle__ 11 pesos per dozen

The merchandise was entered and appraised at the above amounts, plus Mexican revenue and surtax stamps.

At the trial it was stipulated that the dutiable value is the export value on the date of exportation and that the export value was higher than the foreign value. It was further stipulated as follows:

That the merchandise which appears on the invoice and which was entered and appraised as 5 threads, painted handles, number 701, at 27 pesos per dozen, Mexican currency, and the item 6 threads, painted handle, number 850, which was invoiced, entered and appraised at 33 pesos per dozen, Mexican currency, and the item of 2 threads, painted handle, number 200, invoiced, entered and appraised at 10 pesos per dozen, Mexican currency, and the item number 100, described on the invoice as 2 threads, painted handle, kitchenette, which was invoiced, entered and appraised at 11 pesos per dozen, Mexican currency, that the prices at which these various items at the time of exportation of such merchandise to the United States, of such or similar merchandise, was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade for exportation to the United States, plus, when not included in such price, the cost of all containers and coverings of whatever nature, and all other costs, charges and expenses incident to placing the merchandise in condition, packed, ready for shipment to the United States, was: manufacturer's number 701, at 29 pesos per dozen, Mexican currency; number 850 at 35 pesos per dozen, Mexican currency; number 200 at 11 pesos per dozen, Mexican currency; and number 100 at 12 pesos per dozen, Mexican currency, net, packed, plus .88 per cent tax.

On the agreed state of facts, I hold that the export value is the proper basis for appraisement of the merchandise and that such values are as follows:

Brooms, Type No. 701_____ 29 pesos per dozen, Mexican currency, plus .88 per cent tax
Brooms, Type No. 850_____ 35 pesos per dozen, Mexican currency, plus .88 per cent tax
Brooms, Type No. 200_____ 11 pesos per dozen, Mexican currency, plus .88 per cent tax
Brooms, Type No. 100_____ 12 pesos per dozen, Mexican currency, plus .88 per cent tax

Judgment will be rendered accordingly.